IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| TIARA WHITLEY and TIARA WHITLEY on behalf of and next friend of MADDOX CURRY, | ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) ) | FILE NO. |
| | ) ) | **JURY TRIAL DEMANDED** |
| HEARTLAND EXPRESS INC., ACE AMERICAN INSURANCE COMPANY, and SYLVESTER WARNER | ) ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT

COMES NOW TIARA WHITLEY and TIARA WHITLEY on behalf of and next friend of MADDOX CURRY, Plaintiffs, and through their counsel of record, files their Complaint against HEARTLAND EXPRESS INC., ACE AMERICAN INSURANCE COMPANY, and SYLVESTER WARNER, Defendants, and shows this Honorable Court the following:

## PARTIES, VENUE, AND JURISDICTION

1.

Plaintiffs are a citizens of the State of Georgia, reside in Fulton County,

Georgia, and are subject to the jurisdiction of this Court.

2.

Defendant, Heartland Express, Inc., is a foreign corporation existing under the laws of Nevada with its principled place of business located at 901 North Kansas Avenue, North Liberty, Iowa 52317 and may be served through its registered agent, Scott Adams, located at 3350 Hollowell Parkway, Atlanta, Georgia 30331, and is subject to the jurisdiction of this Court.

3.

Defendant Ace American Insurance Company ("Defendant Ace") is a foreign corporation existing under the laws of South Carolina and is authorized to transact business in the State of Georgia and may be served by delivering a copy of the summons and complaint on its registered agent for service, Corporation Service Company, at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

4.

Defendant Sylvester Warner ("Defendant Warner") is a resident of the state of Florida and may be served through Non-Resident Motorist Act and may be served pursuant to O.C.G.A § 40-12-2, by delivering via statutory overnight delivery a copy of the summons and complaint to his resident address at 5441 SW 36th Street, Westpark, FL 33023, with a copy of process delivered to the Corporations Division of the Georgia Secretary of State's Office at 2 Martin Luther King, Jr. Drive., Suite 313 West Tower, Atlanta, GA 30334-1530 with the $10.00 filing fee and statutorily required affidavit or certified writing.  Once served

2

with process as described in this paragraph, Defendant Warner is subject to the jurisdiction and venue of this Court.

5.

Defendant's tortious act occurred at Cascade Road and the intersection of Interstate Route 285 Northbound in Fulton County, Georgia and is subject to the venue of this Court.

6.

Pursuant to 28 U.S.C. § 1332 – this Court has original jurisdiction over this matter because the amount in controversy is $75,000.00 and there is complete diversity of the parties.

7.

Jurisdiction and venue are proper in this Court.

## **BACKGROUND**

8.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 7 above as if fully restated.

9.

On or about July 23, 2020, Plaintiff Whitley was driving on Cascade Road near Interstate 285 Northbound in a 2012 BMW 535i and Plaintiff Maddox was a passenger in her vehicle.

10.

At the same time, Defendant Sylvester Warner was the driver of a 2018 Freightliner Cascadia Trailer while working for Heartland Express, Inc.

11.

Suddenly and without warning, Defendant Sylvester Warner failed to maintain his own lane of travel and improperly merged into the lane that Plaintiffs were traveling in and struck their vehicle on the rear driver side.

12.

As a result of the collision, Plaintiffs suffered severe and permanent injuries.

## COUNT I – NEGLIGENCE

13.

Plaintiffs reallege and incorporate herein the allegations contained in paragraphs 1 through 12 above as if fully restated.

14.

Defendant owes a duty to exercise reasonable diligence toward Defendant's passengers, including Plaintiffs, pursuant to O.C.G.A. § 46-9-132.

15.

Defendant's negligence is the sole and proximate cause of Plaintiffs' accident and resulting injuries.

## COUNT II – IMPUTED LIABILITY

16.

Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1 through 15 above as if fully set forth herein verbatim.

17.

At the time of the subject collision, Defendant Warner was working for Defendant Heartland Express.

18.

At the time of the subject collision, Defendant Warner was acting within the scope of his employment with Defendant Heartland Express.

19.

Defendant Heartland Express is responsible for the actions of Defendant Warner in regard to the collision descried in this complaint under the doctrine of respondeat superior, lease liability, and/or agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION

20.

Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1 through 19 above as if fully set forth herein verbatim.

21.

Defendant Heartland Express was negligent in hiring Defendant Warner and entrusting him to drive a commercial vehicle.

22.

Defendant Heartland Express was negligent in failing to properly train Defendant Warner.

23.

Defendant Heartland Express was negligent in failing to properly supervise Defendant Warner.

24.

Defendant Heartland Express' negligence in hiring Defendant Warner and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiffs' injuries.

## **COUNT IV – DIRECT ACTION**

25.

Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1 through 24 above as if fully set forth herein verbatim.

26.

Defendant Ace is subject to a direct action as the insurer for Defendant Heartland Express pursuant to Georgia's Direct Action statute, O.C.G.A. § 40-1-112.

27.

Defendant Ace was the insurer of Defendant Heartland Express at the time of the subject incident and issued a liability policy to Defendant Heartland Express.

28.

Defendant Ace is responsible for any judgement rendered against Defendant Heartland Express.

## COUNT V  - DAMAGES

29.

Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1 through 28 above as if fully set forth herein verbatim.

30.

As a result of Defendants' negligence, Plaintiff Whitley and Plaintiff Maddox suffered serious and permanent injuries.

31.

As a result of the Defendants' negligence, Plaintiff Whitley and Plaintiff Maddox have a claim for past and future medical expenses and past and future lost wages.

32.

As a result of Defendants' negligence, Plaintiff Whitley and Plaintiff Maddox have a claim for past and future pain and suffering.

33.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiffs to an award of punitive damages.

**WHEREFORE** Plaintiffs prays for the following:

(a)    that the Plaintiffs have a trial by a jury as to all issues;

(b)    that Plaintiffs recover for their pain and suffering;

(c)    that Plaintiffs recover medical expenses in the amount of and any other medical bills to be specified by timely amendment of this Complaint;

(d)    that Plaintiffs recover general damages in an amount to be proven at trial;

(e)    that Plaintiffs recover for past, present, and future medical, hospital, lost wages, out of pocket expenses and other items of special damages, in amounts to be specified by timely amendment of this Complaint;

(f)    that Plaintiffs recover punitive damages in an amount to be proven at trial;

(g)    recovery of reasonable attorney fees and expenses of litigation; and

(h)    that all costs be cast against the Defendant; and

(i)    for such other relief as this Court deems just and appropriate.

This 22nd day of April, 2021.

Respectfully Submitted,

**JOSEPH WILSON INJURY LAWYERS, LLC**

*/s/ Joseph L. Wilson*
**JOSEPH L. WILSON**
GEORGIA STATE BAR NUMBER 372083

9 DUNWOODY PARK
SUITE 111
DUNWOODY, GEORGIA 30338
678-210-1546
678-210-3102        (FAX)
JOE@JLWILSONINJURYLAWYERS.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| TIARA WHITLEY and TIARA WHITLEY on behalf of and next friend of MADDOX CURRY, | ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) ) | FILE NO. |
| | ) ) | **JURY TRIAL DEMANDED** |
| HEARTLAND EXPRESS INC., ACE AMERICAN INSURANCE COMPANY, and SYLVESTER WARNER | ) ) ) ) ) | |
| Defendants. | ) | |

## LR 7.1(D) CERTFIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.


This 22nd day of April, 2021.

Respectfully Submitted,

JOSEPH WILSON INJURY LAWYERS, LLC

*/s/ Joseph L. Wilson*
JOSEPH L. WILSON
GEORGIA STATE BAR NUMBER 372083

10

Case 1:21-cv-01648-LMM   Document 1   Filed 04/22/21   Page 11 of 11

9 DUNWOODY PARK
SUITE 111
DUNWOODY, GEORGIA 30338
678-210-1546
678-210-3102        (FAX)
JOE@JLWILSONINJURYLAWYERS.COM