IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| TIARA WHITLEY and TIARA WHITLEY on behalf of and next friend of MADDOX CURRY,<br><br>Plaintiffs,<br>vs.<br><br><br><br>HEARTLAND EXPRESS INC., and SYLVESTER WARNER<br><br><br><br>Defendants. | CIVIL ACTION<br><br>FILE NO.<br>1:21-cv-01648-LMM<br><br>**JURY TRIAL DEMANDED** |

**CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT AND ADD PARTY, HEARTLAND EXPRESS, INC. OF IOWA AND DROP HEARTLAND EXPRESS, INC., AND MEMORANDUM IN SUPPORT**

COME NOW, the parties, by and through undersigned counsel, and hereby submit this Consent Motion for Leave to Amend Complaint, and pursuant to Fed. R. Civ. P. 21, hereby seek leave of the Court to substitute as a party, Heartland Express Inc. of Iowa for Heartland Express Inc.. In support of this Consent Motion, the parties show the Court as follows:

## **MEMORANDUM IN SUPPORT OF MOTION**

The Federal Rules of Civil Procedure provide that a party must first seek leave of the Court to amend an existing suit and to add an existing party 21 days after the initial filings. In the present case, this Court should grant the parties' Consent Motion to substitute Heartland Express Inc. of Iowa as a party in place of Heartland Express, Inc., as the Plaintiff learned the correct identity of the party after filing its initial complaint.

In this case, Plaintiff filed this suit in good faith against the current Defendant, Heartland Express Inc., because upon information and belief, she believed they owned, managed, or were in control of the subject tractor-trailer that is the subject of this Complaint. However, Plaintiff later learned that the correct and proper entity is Heartland Express, Inc. of Iowa, not Heartland Express, Inc., a defunct and administratively closed entity. Defendants agree and consent to the substitution of the parties, specifically, Heartland Express, Inc. of Iowa in place of Heartland Express, Inc.

Therefore, this Court should grant the parties' request for leave to amend the complaint and to add Heartland Express Inc. of Iowa as the correct party in place of Heartland Express, Inc.

# **CONCLUSION**

For the foregoing reasons, Plaintiff has satisfied the requirements of Fed. R. Civ. P. 21, and the parties respectfully request that this Court (1) grant Plaintiff's leave to amend his complaint to add Heartland Express, Inc. of Iowa as the correct party and (2) remove Heartland Express, Inc.

Respectfully submitted this 1st day of Julyy, 2021.

**JOSEPH WILSON INJURY LAWYERS, LLC**

*/s/ Joseph L. Wilson*
**JOSEPH L. WILSON**
GEORGIA STATE BAR NUMBER 372083

9 DUNWOODY PARK
SUITE 111
DUNWOODY, GEORGIA 30338
678-210-1546
678-210-3102     (FAX)
JOE@JLWILSONINJURYLAWYERS.COM


Consented to by:

**HALL BOOTH SMITH, PC**

__/S/ SANDRO STOJANOVIC_____
**SANDRO STOJANOVIC**
GEORGIA STATE BAR NUMBER 473114

191 PEACHTREE STREET NE, SUITE 2900
ATLANTA, GEORGIA 30303
404-954-5000
404-954-5020      (FAX)
SSTOJANOVIC@HALLBOOTHSMITH.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| TIARA WHITLEY and TIARA WHITLEY on behalf of and next friend of MADDOX CURRY, )<br>)<br>)<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>)<br>)<br>)<br>HEARTLAND EXPRESS INC. and SYLVESTER WARNER )<br>)<br>)<br>)<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE NO.<br>1:21-cv-01648-LMM<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all counsel to this action with a copy of the foregoing **CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT AND ADD PARTY, HEARTLAND EXPRESS INC. OF IOWA AND DROP HEARTLAND EXPRESS, INC., AND MEMORANDUM IN SUPPORT** by having copies delivered to the following people via electronic filing and US MAIL:

Sandra Stojanovic
Hall Booth & Smith, PC
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303

This 1st day of July, 2021.

            Respectfully Submitted,
            **JOSEPH WILSON INJURY LAWYERS, LLC**

            */s/ Joseph L. Wilson*
            **JOSEPH L. WILSON**
            GEORGIA STATE BAR NUMBER 372083

9 DUNWOODY PARK
SUITE 111
DUNWOODY, GEORGIA 30338
678-210-1546
678-210-3102  (FAX)
JOE@JLWILSONINJURYLAWYERS.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| TIARA WHITLEY and TIARA WHITLEY on behalf of and next friend of MADDOX CURRY, | ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) ) ) ) ) | FILE NO. 1:21-cv-01648-LMM |
| | | **JURY TRIAL DEMANDED** |
| HEARTLAND EXPRESS INC., and SYLVESTER WARNER | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The above-styled action having come before the Court on the Consent Motion for Leave to Amend Complaint and Add Party Defendant Heartland Express, Inc. of Iowa and Drop Heartland Express, Inc. t, and the Court having reviewed the brief and supporting evidence, and considered the entire record, finds as follows:

This Court GRANTS the Consent Motion for Leave to Amend Complaint and Add Party Defendant, Heartland Express Inc. of Iowa and Drop Heartland Express, Inc. and the Caption moving forward be:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| TIARA WHITLEY and TIARA WHITLEY on behalf of and next friend of MADDOX CURRY, | ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) ) ) ) ) | FILE NO. 1:21-cv-01648-LMM |
| | | **JURY TRIAL DEMANDED** |
| HEARTLAND EXPRESS INC. OF IOWA, and SYLVESTER WARNER | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED AND ADJUDGED that the Consent Motion for Leave to Amend Complaint and Add Party Heartland Express, Inc. of Iowa and Drop Heartland Express, Inc. be GRANTED.

SO ORDERED this ___ day of _____, 2021

2

|  | _____ |
|---|---|
|  | Honorable Leigh Martin May, Judge |
|  | United State District Court |
|  | For the Northern District of Georgia |

Prepared by:

**JOSEPH WILSON INJURY LAWYERS, LLC**

*/s/ Joseph L. Wilson*
**JOSEPH L. WILSON**
GEORGIA STATE BAR NUMBER 372083

9 DUNWOODY PARK
SUITE 111
DUNWOODY, GEORGIA 30338
678-210-1546
678-210-3102       (FAX)
JOE@JLWILSONINJURYLAWYERS.COM

3